

45 East 34th Street, 5th Floor
New York, New York 10016
Tel.: (212) 594-1035
Email: yji@ahnejillp.com
Website: www.ahnejilaw.com

November 16, 2021

*Via ECF*
Hon. Debra C. Freeman, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17A
New York, NY 10007

      Re:    Hee Bong Han v. Roosevelt Island Cleaners Inc., et al.
             Civil Action No.: 1:20-cv-09068-LJL

Dear Judge Freeman:

      This office represents the Defendants, Roosevelt Island Cleaners, Inc. and Jay Moon, in the above-referenced matter. We are submitting this letter, with consent of the Plaintiff's counsel, to request an extension of time to submit the Parties' fully executed settlement agreement and *Cheeks* fairness letter, which are currently due November 19, 2021.

      Our office was advised that our client, Jay Moon, is currently being hospitalized due to his medical condition. Although the Parties have finalized a settlement agreement, due to Mr. Moon's hospitalization, he will not be able to sign the settlement agreement in a timely manner. Based on his current medical condition, he is expected to be released from the hospital some time next week. For this reason, we respectfully request that the Court allow a two-week extension for the Parties' fairness submission up to and including November 30, 2021.

      We apologize for any inconvenience this may have caused, and we thank the Court for its time and consideration in this matter.

                                                          Respectfully submitted,

                                                          /s/ Younghoon Ji
                                                          **AHNE & JI, LLP**
                                                          By: Younghoon Ji, Esq.

cc:    *Via ECF*
       Ryan J. Kim, Esq.
       *Attorneys for Plaintiff*

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge
Dated: 11/19/2021